**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ATHALEAN HARPER-MOSLEY,** | **OLD CASE NO: 2:16-cv-00817 JAM EFB** |
| **Plaintiff,** | **NEW CASE NO: 1:16-cv-00609 LJO BAM** |
| **v.** | **ORDER RELATING AND REASSIGNING CASE** |
| **BRISTOL-MYERS SQUIBB CO.,** *et al.*, | |
| **Defendants.** | |

Review of the above-captioned action reveals that it is related under Eastern District of California Local Rule 123 to two actions before this Court: *Sears, et al. v. Bristol-Myers Squibb Company*, et al., 1:16-cv-00065-LJO-BAM, and *Reynolds, et al. v. Bristol-Myers Squibb Company, et al.*, 1:16-cv-000357-LJO-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

On the basis of good cause, the above-captioned action is reassigned to U.S. Chief District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe, with new **Case No. 1:16-cv-00609 LJO BAM** to reflect these reassignments.

IT IS SO ORDERED.

Dated:   **May 2, 2016**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE

1